2:25-mj-00587-DUTY-1

FINDING RE PROBABLE CAUSE

FILED
CLERK, U.S. DISTRICT COURT
2/08/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

On February 8, 2025, at __12:54 pm__ a/p.m., Agent Brian Joh of the Drug Enforcement Administration appeared before me telephonically regarding the probable cause arrest of defendant BRYON MARTINEZ, aka "Byron Martinez," occurring on February 6, 2025, in Los Angeles, California.

Having reviewed the Criminal Complaint and supporting affidavit filed concurrently herewith, the Court finds that there **exists/does not exist** probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/ X / It is ordered that defendant BRYON MARTINEZ be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on __February 10, 2025 at__ 2:00 p.m.

/____/ It is ordered that defendant BRYON MARTINEZ be discharged from custody on this charge forthwith.

DATED: __2/8/2025__, at __12:54 pm__ a.m./p.m.

_Alicia G. Rosenberg_
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE